IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHRISTOPHER HAROLD ALANIZ, §<br>a/k/a Harold Christopher Alaniz, §<br>§<br>Petitioner, §<br>§<br>v. §<br>§<br>DOUGLAS DRETKE, Director, §<br>Texas Department of Criminal Justice, §<br>Correctional Institutions Division, §<br>§<br>Respondent. § | 2:05-CV-0190 |

### ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS, and DENYING PENDING MOTIONS

Came this day for consideration the federal habeas corpus application filed by petitioner. On July 25, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed. No objections to the Report and Recommendation have been filed of record as of this date.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED. All pending motions are hereby DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

ENTERED this _15t_ day of _August_ 2005.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE